United States District Court
Southern District of Texas
**ENTERED**
July 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH CHHIM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-15-2287 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated on the record at the July 8, 2016 status conference, this action is dismissed with prejudice. Each party is to bear its own costs. This is a final judgment.

SIGNED on July 8, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

1